UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-08-0802 SI |
| v. | ) | |
| SHARP CORPORATION, | ) | [PROPOSED] ORDER |
| Defendant. | ) | |

[Proposed] Order
[CR 08-0802 SI]

Upon consideration of the Unopposed Petition of the United States pursuant to 18 U.S.C. § 3573 for Modification of Fine Imposed on Defendant in the above-captioned case, it is hereby ORDERED that:

1. Sharp Corporation's December 19, 2013 installment payment of $20 million shall be deferred to December 19, 2015.
2. Sharp Corporation's obligation to make an installment payment of $20 million by December 19, 2014 remains unchanged.

Dated: 12/10/13

SUSAN ILLSTON
SENIOR UNITED STATES DISTRICT JUDGE